FILED

JUN 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: RELIANCE MEDICAL SYSTEMS, LLC; et al.

RELIANCE MEDICAL SYSTEMS, LLC; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,

Respondent,

UNITED STATES OF AMERICA; et al.,

Real Parties in Interest.

No. 15-71404

D.C. No. 2:14-cv-06979-DDP-PJW
Central District of California, Los Angeles

ORDER

Before: McKEOWN, PAEZ, and TALLMAN, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED**.

SL/MOATT