1  CHAD A. READLER
   Acting Assistant Attorney General
2  MICHAEL D. GRANSTON
   TRACY L. HILMER
3  DAVID M. FINKELSTEIN
   ARTHUR S. DI DIO
4  ROHITH V. SRINIVAS
   Attorneys, Civil Division
5  U.S. Department of Justice
   Post Office Box 261
6  Ben Franklin Station
   Washington, D.C. 20044
7          Telephone: (202) 616-2971
           Facsimile: (202) 307-3852
8          E-mail: David.M.Finkelstein@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 14-6979 DDP (PJWx) |
| Plaintiff, | **EX PARTE APPLICATION TO FILE DECLARATIONS <u>IN CAMERA</u> AND UNDER SEAL** |
| v. | |
| RELIANCE MEDICAL SYSTEMS, LLC, APEX MEDICAL TECHNOLOGIES, LLC, KRONOS SPINAL TECHNOLOGIES, LLC, BRET BERRY, JOHN HOFFMAN, ADAM PIKE, AND ARIA SABIT, M.D., | [Local Rule 7.19 and 79-5.1] |
| Defendants. | |

1  This Court has instructed the United States to file a status report no later than
2  January 16, 2018. ECF No. 138.  In keeping with its customary practice of providing
3  such status reports, the United States intends to file two declarations:  one from the
4  Criminal Division advising the Court of the status of the criminal investigation into the
5  Reliance Defendants, and another from the Civil Division.  Pursuant to Local Rule 79-
6  5.1, the United States hereby applies *ex parte* for an order to file this status report in
7  camera and under seal.  The United States further asks that Niall O'Donnell, an attorney
8  for the Criminal Division, be allowed to file his declaration directly with this Court.
9  Good cause exists to file these declarations in camera and under seal because they
10 contain confidential information about recent developments in the government's civil
11 investigation of non-parties to this civil action and its criminal investigation of the
12 Reliance Defendants.  The public disclosure of this information would prejudice these
13 two ongoing, active investigations.

1

Pursuant to Local Rule 7-19.1, the undersigned notified counsel for the Reliance Defendants of the date and substance of this application. The Reliance Defendants have indicated that they oppose this motion.

**Respectfully submitted,**

DATED: January 16, 2018

CHAD A. READLER
Acting Assistant Attorney General

 /s/ David M. Finkelstein
MICHAEL D. GRANSTON
TRACY L. HILMER
DAVID M. FINKELSTEIN
ARTHUR S. DI DIO
ROHITH V. SRINIVAS

Attorneys, Civil Division
Department of Justice