# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:14-cv-06979-DDP-JC |
| Title: | United States of America v. Reliance Medical Systems, LLC et al |
| Date | May 5, 2022 |

Present: The Honorable **DEAN D. PREGERSON, U.S. DISTRICT COURT JUDGE**

| Patricia Gomez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David M. Finkelstein | Patric Hooper |
| Robert Chandler | Bridget Gordon |

_____ Day Court Trial   **Day 3** Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

**√** Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.  _____ denied.  _____ submitted.

**√** Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

**√** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

**√** Other:   The case settles and the material terms of the settlement are placed on the record. The Court excuses the jurors and trial is concluded. The Court sets an Order to Show Cause re Dismissal hearing for July 11, 2022 at 10:00 a.m. If

_____ : 6

Initials of Deputy Clerk   PG

cc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to the hearing date, the hearing will be vacated.