JS-6

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMIE A. YAVELBERG
DAVID B. WISEMAN
DAVID M. FINKELSTEIN
ROBERT E. CHANDLER
ARTHUR S. DI DIO
ROHITH V. SRINIVAS
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
    Telephone:  (202) 616-2971
    Facsimile:  (202) 616-3085
    David.M.Finkelstein@usdoj.gov

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>RELIANCE MEDICAL SYSTEMS, LLC, APEX MEDICAL TECHNOLOGIES, LLC, KRONOS SPINAL TECHNOLOGIES, LLC, BRET BERRY, and ADAM PIKE.<br><br>            Defendants. | Case No. 14-6979 DPP<br><br>**ORDER RE. DISMISSAL OF CLAIMS AGAINST THE REMAINING DEFENDANTS**<br><br>Filed concurrently:  Joint Stipulation of Dismissal |

1   For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)
2   and 31 U.S.C. § 3730(b), IT IS HEREBY ORDERED THAT the Amended Complaint
3   is dismissed with prejudice.
4
5   IT IS SO ORDERED.
6
7   DATED: July 26, 2022
8   HON. DEAN D. PREGERSON

1